

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

May 24, 1948

Hon. Graham Bruce
County Attorney
Orange County
Orange, Texas

Opinion No. V-585

Re: Time limitation, if
any, before an elec-
tion to incorporate a
school district may
follow an election
which abolished an
independent school
district.

Dear Sir:

We refer to your letter which reads in sub-
stance as follows:

On March 20, 1948, in the Bridge
City Independent School District of
Orange County an election was held un-
der Article 2767, resulting in a major-
ity favoring the abolishment of the In-
dependent District. A petition has been
presented to the County Judge of Orange
County in proper form requesting an elec-
tion to incorporate said district under
Article 2757.

Question: After an independent
school district has been abolished un-
der Article 2767, is there any time li-
mitation before an election can be had
to incorporate under Article 2757?

We assume for purposes of this opinion that
the territory formerly comprising the Bridge City Inde-
pendent School District is now contained in an existing
common school district and, as such, is a common dis-
trict authorized to incorporate under Article 2757.

Article 2767, Vernon's Civil Statutes, pro-
vides for the calling and holding of elections for the
abolishment of an independent school district. Article
2757 provides for the calling and holding of elections

for the incorporation of a common school district containing seven hundred inhabitants or more. Neither of these statutes, nor any othr, attempts to fix any peried of time to intervene between elections to abolish, elections to incorporate, or elections to incorporate after an election to abolish has successfully carried. Opinion O-2572.

Therefore, after an independent school district has been abolished under Article 2767, there is no time limitation before an election can be had to incorporate under the provisions of Article 2757.

## SUMMARY

After an independent school district had been abolished under Article 2767, V. C. S., there is no time limitation before an election can be had to incorporate under the provisions of Article 2757, V. C. S.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Chester T. Ollison*

Chester E. Ollison
Assistant

CEO:mw

APPROVED:

*Fagan Dickson*

FIRST ASSISTANT
ATTORNEY GENERAL